# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; DISNEY ENTERPRISES, INC., a Delaware corporation; LIONS GATE FILMS, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGMENT<br><br>5:07-CV-90-BR |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CYNTHIA RODGERS, | ) ) | |
| Defendant. | ) | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that:
1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).
2. Defendant shall pay Plaintiffs' attorneys' fees and costs of suit herein in the amount of Four Thousand Ninety-Seven Dollars and Twenty Cents ($4,097.20).
3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted motion pictures:
    - Flight Plan;
    - King Kong;
    - Aeon Flux;
    - Roll Bounce;
    - The Devil's Rejects; and
    any other motion picture, whether now in existence or later created, that is

owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) ("Plaintiffs' Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**THIS JUDGMENT FILED AND ENTERED ON DECEMBER 4, 2007 and COPIES TO:**

**Cynthia Leigh Wittmer**
**Parker, Poe, Adams & Bernstein, LLP**
**PO Box 389**
**Raleigh, NC 27602-0389**


**Sarah Lynne Ford**
**Parker, Poe, Adams & Bernstein, LLP**
**150 Fayetteville Street, Suite 1400**
**Wachovia Capitol Center**
**Raleigh, NC 27601**


**Cynthia Rodgers**

**6310 Idyllic Lane**

**Fayetteville, NC 28311-1091**



**DECEMBER 4, 2007**                                              **/s/ DENNIS P. IAVARONE, Clerk**